# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>ISAIAS OSWALDO Celis-RAMIREZ<br><br>　　　　　　Defendant. | Case No.: 08-3072M<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed.R.Crim.P. 32.1(a)(6);<br>18 U.S.C. 3143(a)] |

　　The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___ND IOWA___ for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

　　The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

　　The Court finds that:

A.　(X)　The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on ___no evidence presented by ∆; nature of charges;___

1    use of numerous aliases; no apparent bail resources

4    and/or

5  B.  (X) The defendant has not met his/~~her~~ burden of establishing by
clear and convincing evidence that he/~~she~~ is not likely to pose
a danger to the safety of any other person or the community if
released under 18 U.S.C. § 3142(b) or (c). This finding is based
on: no evidence submitted by ∆.

14    IT THEREFORE IS ORDERED that the defendant be detained pending
the further revocation proceedings.

17  Dated:  12/19/08

RALPH ZAREFSKY
UNITES STATES MAGISTRATE JUDGE